```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
UNITED STATES OF AMERICA                  :
                                          :         22cr636(DLC)
           -v-                            :
                                          :            ORDER
ADRIAN NUNEZ,                             :
                                          :
                    Defendant.            :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendant's letter of January 5, 2023, it is hereby

ORDERED that the conference scheduled for January 13 is adjourned to **February 1, 2023 at 2:00 PM** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that, for the reasons explained in the defendant's letter, the time from January 13, 2023 to February 1, 2023 is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A). This exclusion is in the interest of justice and outweighs the best interest of the public and defendant in a speedy trial.

SO ORDERED:

Dated:   New York, New York
         January 6, 2023

                                        _____
                                                DENISE COTE
                                        United States District Judge