```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :       22cr636(DLC)
              -v-                        :
                                         :          ORDER
ADRIAN NUNEZ,                            :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Pursuant to the Order filed February 6, 2023, a status report from the BOP was due in 60 days. No such report having been made, it is hereby

ORDERED that the parties shall confer and file by April 28, 2023 on ECF, or if appropriate under seal, a status report and any appropriate proposed order.

IT IS FURTHER ORDERED that status reports shall be filed every 60 days thereafter.

SO ORDERED:

Dated:   New York, New York
         April 20, 2023

                                    _____
                                          DENISE COTE
                                    United States District Judge