```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :       22cr636(DLC)
              -v-                        :
                                         :          ORDER
ADRIAN NUNEZ,                            :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having reviewed the parties' letter of April 24, 2023, it is hereby

    ORDERED that a conference is scheduled for May 17, 2023 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

    SO ORDERED:

Dated:    New York, New York
          May 15, 2023

                                          _____
                                              DENISE COTE
                                    United States District Judge