```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
UNITED STATES OF AMERICA                  :
                                          :     22cr636(DLC)
                -v-                       :
                                          :        ORDER
ADRIAN NUNEZ,                             :
                                          :
                      Defendant.          :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having reviewed the Government's letter of November 13, 2023, it is hereby

ORDERED that a further status report from the Government is due January 19, 2024. In its letter, the parties shall jointly propose a schedule for next steps in this case.

Dated:    New York, New York
          November 20, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge