```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :    22cr636(DLC)
            -v-                       :
                                      :        ORDER
ADRIAN NUNEZ,                         :
                                      :
                        Defendant.    :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received the Federal Medical Center's report of March 26 regarding the competency of the defendant, it is hereby

ORDERED that the report is filed under seal, and copies are provided to counsel.

IT IS FURTHER ORDERED that the parties shall consult and file a letter with their proposed next steps no later than April 5, 2024.

Dated:   New York, New York
         April 2, 2024

                              _____
                                      DENISE COTE
                              United States District Judge