```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :         22cr636(DLC)
             -v-                         :
                                         :            ORDER
ADRIAN NUNEZ,                            :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that a status conference will be held on **May 17, 2024 at 10:30 AM** in Courtroom 18B, 500 Pearl Street, New York, NY, 10007.  At that conference, a trial date will be chosen.  After the Government recites the procedural history of this case, outlines the nature of the evidence it intends to offer at any trial, and proposes a schedule for the production of discovery materials to the defendant, the Court will consult the parties regarding the scheduling of the trial.  After a trial date is selected, a schedule for motions will be set and the propriety of any exclusion of time under the Speedy Trial Act will be addressed.

    IT IS FURTHER ORDERED that counsel for the Government and the defendant will consult in advance of the conference to reach agreement, if possible, on a proposed date for the trial.

    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from today until May 17, 2024 is excluded in

the interest of justice. This exclusion outweighs the best interest of the defendant and the public in a speedy trial. It will allow counsel to confer to prepare a proposed schedule.

Dated:     New York, New York
           May 10, 2024

                                    _____
                                          DENISE COTE
                                    United States District Judge