```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    22cr636 (DLC)
                                         :
          -v-                            :    ORDER
                                         :
ADRIAN NUNEZ,                            :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Trial in this case is scheduled to begin on November 12, 2024 at 9:30 AM. Accordingly, it is hereby

ORDERED that any Rule 404(b) motions and motions <u>in limine</u> shall be filed by **October 11, 2024**; opposition shall be filed by **October 25, 2024**. Two courtesy copies shall be delivered by counsel to Chambers on the same day.

IT IS FURTHER ORDERED that any written Voir Dire requests, Requests to Charge or Trial Memorandum, shall be filed by **October 25, 2024**. Two courtesy copies shall be delivered by counsel to Chambers on the same day.

IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **October 31, 2024** at **3:00 PM** in Courtroom 18B, 500 Pearl Street.

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

Dated:   New York, New York
         September 4, 2024

_____
DENISE COTE
United States District Judge