

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 4, 2024

**BY ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     **Re:**   *United States v. Adrian Nunez*, **22 Cr. 636 (DLC)**

Dear Judge Cote:

    The Government writes on behalf of both parties to jointly request a one-week extension of the October 11, 2024 deadline to file any Rule 404(b) motions and motions *in limine*. (ECF 53.) The parties are diligently working to reach a resolution to this matter and are discussing multiple potential options. As the parties may reach a resolution shortly that would obviate the need for trial, the parties seek a brief adjournment of the upcoming motions deadline.

    The parties are not seeking an extension of any other deadlines at this time.

Granted.
*Denise Cote*
10/4/24

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

            *Lauren Phillips*
      by: _____
            Lauren E. Phillips
            Assistant United States Attorney
            (212) 637-2231

cc:    Christopher Flood, Esq., Federal Defenders of New York (counsel to defendant Adrian Nunez) (by ECF)