```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :        22cr636(DLC)
            -v-                       :
                                      :           ORDER
ADRIAN NUNEZ,                         :
                                      :
                     Defendant.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On October 8, 2024, this Court received a letter with attachments from the defendant seeking the appointment of new counsel. A copy of this submission has been provided to defense counsel. Accordingly, it is hereby

ORDERED that a conference to address the letter is scheduled for October 10, 2024 at 3:00 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         October 8, 2024

```
                              _____
                                      DENISE COTE
                              United States District Judge
```