```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :          22cr636(DLC)
              -v-                        :
                                         :             ORDER
ADRIAN NUNEZ,                            :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A copy of the defendant's October 8 letter with proposed redactions has been provided to defense counsel. It is hereby

ORDERED that counsel shall notify the Court by no later than 10:00 AM on October 10 whether they object to filing the letter on the public docket with the proposed redactions.

Dated:   New York, New York
         October 8, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　          DENISE COTE
　　　　　　　　　　　　　　　　 United States District Judge