```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    22cr636 (DLC)
                                         :
            -v-                          :    ORDER
                                         :
ADRIAN NUNEZ,                            :
                                         :
                      Defendant.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the conference held on October 10, 2024, it is hereby

ORDERED that Federal Defender Christopher Flood is relieved as counsel in this matter and C.J.A. counsel Elena Fast is appointed to represent the defendant.

Dated:    New York, New York
          October 10, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge