

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

521 Fifth Avenue, 17 Floor
New York, NY 10175

October 23, 2024

**Via ECF**
Hon. Denise L. Cote
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re:** **United States v. Adrian Nunez**
22 cr 636 (DLC)

Dear Judge Cote:

I represent Adrian Nunez on the above captioned matter. I am writing to inform the Court that we have reached a disposition and are respectfully requesting to schedule a change of plea hearing.

The parties are available on October 29, 2024 11 AM and after, October 30, 2024 11 AM to 3 PM or anytime on October 31, 2024 if it pleases the Court.

In light of the anticipated resolution, the Defense is respectfully requesting that the deadline for motions in *limine* be extended to the day after the change of plea hearing, if unsuccessful. The parties have agreed for the responses to be due three business days after the filing of the motions in *limine*. Government has no objection to this request.

The parties are also conferred alternative dates for the final pre-trial conference if it pleases the Court. The Parties are available on November 6, November 7, or November 8, 2024.

Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.

*Granted. A scheduling order will follow. [signed] Denise Cote 10/24/24*