```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    22cr636 (DLC)
                                         :
             -v-                         :    ORDER
                                         :
ADRIAN NUNEZ,                            :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendant's letter of October 23, 2024, it is hereby

ORDERED that a change of plea is scheduled for **October 29, 2024 at 2:30 PM** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that any opposition by the defendant to the Government's October 23 motion shall be filed by **October 30, 2024.**

IT IS FURTHER ORDERED that any written Voir Dire requests, Requests to Charge or Trial Memorandum, shall be filed by **October 30, 2024.** Two courtesy copies shall be delivered by counsel to Chambers on the same day.

IT IS FURTHER ORDERED that, should one be necessary, the final pretrial conference scheduled for October 31 is adjourned to November 6, **2024** at **2:30 PM** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         October 24, 2024

                                    _____
                                              DENISE COTE
                                    United States District Judge