```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :      22cr636(DLC)
            -v-                          :
                                         :         ORDER
ADRIAN NUNEZ,                            :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having received the defendant's letter of January 8, 2025, it is hereby

    ORDERED that a conference to address the request for change of counsel is scheduled for January 14, 2025 at 11:00 AM in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
            January 10, 2025

                                                _____
                                                    DENISE COTE
                                    United States District Judge