```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :        22cr636(DLC)
            -v-                          :
                                         :        ORDER
ADRIAN NUNEZ,                            :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference to address the request for change of counsel is rescheduled for January 17, 2025 at 3:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         January 15, 2025

                                                      _____
                                                        DENISE COTE
                                        United States District Judge