```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :      22cr636 (DLC)
                                         :
            -v-                          :      ORDER
                                         :
ADRIAN NUNEZ,                            :
                  Defendant.             :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the conference held on January 17, 2025, it is hereby

ORDERED that C.J.A. counsel Elena Fast and Michael Perkins are relieved as counsel in this matter and C.J.A. counsel Grainne O'Neill is appointed to represent the defendant.

Dated:   New York, New York
         January 21, 2025

                                   _____
                                           DENISE COTE
                                   United States District Judge