**O'NEILL / HASSEN**                                              Attorneys at Law

February 27, 2025

<u>VIA ECF and Email</u>
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Adrian Nunez,* 22 Cr 636 (DLC)

Dear Judge Cote:

I represent Mr. Nunez in the above-captioned matter. I write with no objection from the government to adjourn the deadline to either file a motion to withdraw Mr. Nunez' plea or indicate to the Court that we will not be filing such a motion. I ask that the Court adjourn the deadline for approximately one month. The government has no objection to this request for an adjournment.

I request the adjournment for several reasons: Mr. Nunez's biopsychosocial status is quite complicated and intertwined in the charged crime; the review of the materials I received from prior counsel has taken considerably more time than I had anticipated; I only recently received the full copy of the discovery from the government; and finally, a number of personal and professional matters have frustrated my work on this case.

I request, without objection from the government, that the Court adjourn the deadline in this case for one month. I thank the Court for its attention to and consideration of this matter.

*Granted - The defendant's submission is due 3/28/25.*

*[signature]*
*2/27/25*

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Adrian Nunez*

---

1 / P (212) 203-1858         4 / www.oandh.net
2 / F (212) 203-1858         5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net        6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA