# O'NEILL / HASSEN

Attorneys at Law

March 28, 2025

VIA ECF and Email
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Adrian Nunez*, 22 Cr 636 (DLC)

Dear Judge Cote:

    I represent Mr. Nunez in the above-captioned matter. I write with no objection from the government to adjourn the deadline to either file a motion to withdraw Mr. Nunez' plea or indicate to the Court that we will not be filing such a motion. I ask that the Court adjourn the deadline for approximately two weeks. The government has no objection to this request for an adjournment.

    As the Court is aware, Mr. Nunez's biopsychosocial history is quite complicated and inextricable from the instant case. We require an additional two weeks together to make a final decision regarding this matter. I apologize for the repeated delays and thank the government and Court for their patience.

    I request, without objection from the government, that the Court adjourn the deadline in this case for two weeks. Additionally, I request that the Court set the government's response deadline, if necessary, for two weeks after the defense submission. I thank the Court for its attention to and consideration of this matter.

*[Handwritten: Granted. The defendant's submission is due 4/11/25. /s/ Denise Cote 3/28/25]*

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Adrian Nunez*

---

1 / P (212) 203-1858          4 / www.oandh.net
2 / F (212) 203-1858          5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net    6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA