```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
  UNITED STATES OF AMERICA,              :
                                         :
                  -v-                    :        22cr636(DLC)
                                         :
  ADRIAN NUNEZ,                          :          ORDER
                                         :
                       Defendant.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having been informed that the defendant does not wish to pursue his motion to withdraw his plea and wishes to proceed to sentencing, it is hereby

ORDERED that the parties shall make any objections to the draft Presentence Investigation Report by April 25, 2025 so the finalized report may be filed by May 2.

IT IS FURTHER ORDERED that sentencing is scheduled for May 22, 2025 at 2:30 PM in Courtroom 18B, 500 Pearl Street.  Defense submissions are due May 9, and Government submissions are due May 16.

Dated:    New York, New York
          April 11, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge