UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :        22cr636 (DLC)
                                          :
            -v-                           :        ORDER
                                          :
ADRIAN NUNEZ,                             :
                                          :
                  Defendant.              :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     Having received defense counsel Grainne O'Neill's letter of

April 25, 2026, it is hereby

     ORDERED that Ms. O'Neill is relieved as C.J.A. counsel in

this matter and on-duty C.J.A. counsel Sarah Krissoff is

appointed to represent the defendant.

Dated:    New York, New York
          April 28, 2026

                              _____
                                       DENISE COTE
                              United States District Judge